**STATE of Missouri, Respondent,**

v.

**Robert POWELL, Appellant.**

No. 74029.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 20, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 3, 1999.

Samuel W. Panos, Chesterfield, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Defendant appeals the judgment and sentence entered upon his conviction by a jury of two counts of stealing over $150

and one count of theft. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 30.25(b).